```
DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN,#250376
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
THOMAS SANDFORD
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-454 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED ORDER] |
| ) | FOR PROTECTIVE ORDER REGARDING |
| v. ) | DEFENSE FORENSIC COMPUTER |
| ) | EXAMINATION |
| THOMAS SANDFORD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      IT IS STIPULATED by the parties, through counsel, Carolyn Delaney, Assistant United States Attorney, and Lexi Negin and Matthew Scoble, attorneys for Mr. Sandford, that the Court should approve the proposed protective order governing the defense expert's forensic examination of the computer data in this case.

      In order to advise the defendant adequately, the defense of this case requires a forensic evaluation by a knowledgeable expert of a computer hard drive and compact disc which the government alleges contain images of child pornography.  The forensic exam will be scheduled by the parties.  The parties have agreed that the attached proposed order should govern the defense examination of the computer media and request that the Court approve the attached proposed order.

1 | DATED: March 18, 2011

2 |                 Respectfully submitted,
  | March 11, 2011
3 | BENJAMIN B. WAGNER            DANIEL J. BRODERICK
  | United States Attorney               Federal Defender

*/s/ Lexi Negin for Carolyn Delaney*      */s/ Lexi Negin  /s/ Matthew Scoble*

CAROLYN DELANEY                 LEXI NEGIN/ MATTHEW SCOBLE
Assistant U.S. Attorney              Assistant Federal Defenders
Attorney for the United States       Attorneys for Thomas Sandford

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. CR-10-454 FCD |
| Plaintiff, | )  PROTECTIVE ORDER REGARDING |
| | )  DEFENSE FORENSIC COMPUTER |
| v. | )  EXAMINATION |
| THOMAS SANDFORD, | ) |
| Defendant. | ) |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1.   The Federal Bureau of Investigation shall make a duplicate copy of the hard drive and any other storage media available for defense analysis.

2.   The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Lexi Negin and Matthew Scoble, defense paralegal Julie Denny, and defendant's proposed expert, Marcus Lawson, Global CompuSearch Computer Forensics, or a colleague at the same employer, to review at the High Tech Task Force offices in Sacramento, California for the purpose of preparing for the defense of the above-entitled action.  The images on the hard drive and storage media shall not be viewed by any other person unless one of the aforementioned members of the defense team is present and the viewing is necessary to prepare for defendant's defense.

3.   A private room will be provided for the defense examination.  No Government agents will be inside the room during the examination;

4.   The expert will be permitted to bring whatever equipment, books, or records he believes may be necessary to conduct the examination.  The government will provide three computers in the private room for the defense team use as follows: 2 Dell Precision T7400 Dual XEON Quad CPUs (8 cores total) with at least 8GB Ram and Windows XP x64; and,1 HP d530 PC with unmonitored internet access.  With

advance notice and approval of the FBI, the defense team may install its own software on any the three computers. At no time will any law enforcement or government agent review or monitor any activity of the three stand alone computers in the private room.

5. Neither the defense expert nor defense attorneys nor the defense paralegal shall remove the hard drive or other storage media from the confines of the law enforcement office.

6. The defense team will be allowed use of private cellular telephones when in the private room.

7. With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

8. Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

9. When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

10. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

4

1  IT IS SO ORDERED:

2  DATED: March 18, 2011.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1
sandfrod0454.stipord.proto.wpd

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-454 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROTECTIVE ORDER CONCERNING DIGITAL MEDIA |
| v. | ) | CONTAINING CHILD PORNOGRAPHY |
| | ) | |
| THOMAS SANDFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Dated: _____     _____

6