DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
MATTHEW SCOBLE, Bar# 237432
Assistant Federal Defenders
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
THOMAS ROBERT SANDFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-10-454 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| THOMAS ROBERT SANDFORD, | |
| Defendant. | |

This case is currently scheduled for a status hearing on Monday, April 4, 2011.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Monday, April 4, 2011, be continued until **Monday, May 9, 2011, at 10:00 a.m.** In addition, the parties stipulate that the time period from April 4, 2011, through and including May 9, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

1

DATED: March 29, 2011

                              Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>CAROLYN DELANEY<br>First Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Thomas Robert Sandford |
| | */s/ Matthew Scoble*<br>MATTHEW SCOBLE<br>Assistant Federal Defender<br>Attorney for Thomas Robert Sandford |

**IT IS SO ORDERED.**

DATED: March 29, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2